IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD L. McDONALD, )
    Plaintiff, )
     )
v. ) Civil Action No. 08-658
     )
PENNSYLVANIA OFFICE OF THE )
ATTORNEY GENERAL, )
    Defendant. )

**ORDER**

AND NOW, this 14th day of May, 2010, IT IS HEREBY ORDERED that the Jury Selection and Trial in the instant matter, scheduled to begin May 17, 2010, is hereby continued until Monday, July 26, 2010 at 9:30 a.m..

BY THE COURT:

_____, C.J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record